IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEX R. FREW,

    Petitioner,

v.

DAVID VARANO, *et al.*,

    Respondents.

Civil Action No. 3:12-CV-1600

(Judge Mariani)

## ORDER

AND NOW, to wit, THIS 30th DAY OF DECEMBER, 2013, in accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Docs. 1) is **DENIED**.

2. Petitioner's Motion to Stay (Doc. 1) is **DENIED.**

3. A certificate of appealability is not issued.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge